UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE YA-WEN FENG,<br>Plaintiff,<br>v.<br>CARL LEE, et al.,<br>Defendants. | Case No. 26-cv-06411-RFL<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 11 |

The court has reviewed *de novo* Magistrate Judge Lisa J. Cisneros's Report and Recommendation for Dismissal of Complaint with Prejudice and the relevant filings in the docket. Objections were due by October 13, 2026. As of October 22, 2026, no objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is **DISMISSED** with prejudice and without leave to amend, under 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

Dated: October 22, 2026

RITA F. LIN
United States District Judge